JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

MICHELLE AFONT, an individual,
LAUREL CHASTAIN, an individual,
PAULETTE GUYTON, an individual,
JOHN HAYS, an individual,
JAYDA GRIFFIN, an individual, and
JENNIE BARTZ, an individual,

Plaintiffs,

v.

POYNTER LAW GROUP, an Arkansas limited liability company, SCOTT POYNTER, an individual, and DOES 1 through 10, inclusive,

Defendants.

Case No. 8:17-CV-01388-JVS-KES

**JUDGMENT**

IT IS ORDERED AND ADJUDGED that Defendants' motion for summary judgment is granted as to all claims asserted against them by the Plaintiffs. Judgment is entered in favor of Defendants. This action is dismissed with prejudice.

Dated: November 13, 2018

By: *[signature]*

Honorable James V. Selna

---

**JUDGMENT FOR DEFENDANTS ON ALL CLAIMS**

JUDGMENT FOR DEFENDANTS ON ALL CLAIMS